**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **NEKOASE ANTWAN VINSON,** | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| v. | : | **Crim. No. 5:24-cr-00064-MTT-CHW-1** |
| | : | **Civil No.: 5:26-cv-00190-MTT-CHW** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Proceedings Under 28 U.S.C. § 2255** |
| **Respondent.** | : | **Before the U.S. Magistrate Judge** |
| | : | |

## **ORDER**

Before the Court is a Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255 filed by Movant Nekoase Antwan Vinson, *pro se*. (Doc. 83). After conducting an initial review in  accordance with the provisions of Rule 4 of the Rules Governing Section 2255 Proceedings for  the United States District Courts, the Court is unable to conclude that the  instant  Motion  is  subject to summary dismissal.

**IT IS THEREFORE ORDERED** that within **thirty (30) days** of the date of this Order, Movant shall  amend his motion to include every unalleged possible constitutional error or deprivation entitling his to federal habeas corpus relief, failing which Movant will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other than those set forth in his initial motion. If amended, Movant will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other than those set forth in his initial and amended motions.

**IT IS FURTHER ORDERED** that the United States Attorney **RESPOND** to Movant's claims by filing an answer or other responsive pleading pursuant to Rule 5 of the Rules

1

Governing Section 2255 Proceedings for the United States District Courts within **sixty (60) days** of the date of this Order.

**SO ORDERED AND DIRECTED**, this 22nd day of May, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge